Case Number 10-16594 - ANDERSON, KIMBERLY

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Lake Health**<br>**PO Box 714328**<br>**Columbus, OH 43271-4328**<br>Unsecured Distribution<br>#7599 | 000003 | 25.00 | 4.35 |
| ---------- Remittance Total --------------- | | 25.00 | 4.35 |

#152058
CK 1003

_Waldemar J. Wojcik, Trustee_

2011 MAR 21 AM 9:21
[COURT STAMP - DISTRICT OF OHIO CLEVELAND]